**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

**NICOLE MILLER,**
               **Plaintiff,**                            **CASE NO. 21-cv-551**

       **v.**

**RPHLINK LLC,**

**and**

**JUDE P. JEAN-PIERRE**
               **Defendants.**

## NOTICE OF SETTLEMENT

Plaintiff Nicole Miller, by her undersigned attorney, and Defendants RPhLink LLC and Jude P. Jean-Pierre, by their undersigned attorney, hereby file this Notice of Settlement. The Parties are currently working together to reduce their settlement to a formal written agreement and, once such agreement is fully executed, will file a joint motion for approval of the settlement with the Court. The Parties anticipate filing such documents within 30 days from the date of this filing.

Dated this 3rd day of August 2021.

/s/ Timothy P. Maynard

Timothy P. Maynard
State Bar No. 1080953
Attorney for Plaintiff Nicole Miller

Hawks Quindel S.C.

222 East Erie Street, Suite 210
PO Box 442
Milwaukee, WI 53201-0442
Phone No.: 414-271-8650
Fax No.: 414-271-8442
Email Address: tmaynard@hq-law.com

Dated this 3rd day of August 2021.

/s/ Randall L. Nash
Randall L. Nash
State Bar No. 1012140
Attorney for Defendants RPhLink LLC
and Jude P. Jean-Pierre

NASH LAW, LLC

250 E. Wisconsin Avenue
Suite 1800
Milwaukee, WI 53202
Phone No.  414-347-5612
E-mail Address: randy@rnashlaw.com