UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NICOLE MILLER,

    Plaintiff,

v.                                Case No. 21-C-551

RPHLINK, LLC and
JUDE P. JEAN-PIERRE,

    Defendants.

## ORDER

Having reviewed the Parties' Joint Motion for Court Approval of Settlement and its supporting materials and found that the Parties' Settlement reflects a fair, reasonable, and adequate resolution of bona fide disputes of Plaintiff's FLSA and Wisconsin unpaid wages claims, IT IS HEREBY ORDERED that:

1. The Parties' Settlement Agreement is approved; and

2. This matter shall be administratively closed pending Defendants' fulfillment of the settlement agreement's payment provisions.

Dated at Green Bay, Wisconsin this 3rd day of September, 2021.

                                                         s/ William C. Griesbach
                                                         William C. Griesbach
                                                         United States District Judge