UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NICOLE MILLER,

        Plaintiff,

    v.                                       Case No. 21-C-551

RPHLINK LLC and
JUDE P. JEAN-PIERRE,

        Defendants.

## ORDER

The parties entered into a settlement agreement under which the case would be dismissed pending Defendants' fulfillment of the settlement agreement's payment provisions.  The payment schedule provided that the final payment was to be made by March 27, 2022.  That date has passed and there is no indication that the payment schedule has not been completed.

**IT IS THEREFORE ORDERED** that this case be dismissed with prejudice and without costs to any party.

Dated at Green Bay, Wisconsin this 18th day of May, 2022.

s/ William C. Griesbach
William C. Griesbach
United States District Judge